JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>DLP INVESTMENTS, LLC, a limited liability company<br><br>　　　Defendants. | Case No.: 8:25-cv-00070-DDP-JDEx<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Hon. Dean D. Pregerson presiding] |

Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed without prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: May 28, 2025

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER
8:25-CV-00070-DDP-JDE