1
2
3
4
5
6
7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11    JOHN HO, an individual

12         Plaintiff,

13      vs.

14    DLP INVESTMENTS, LLC, a limited liability company

15

16        Defendants.

17
18
19
20
21
22
23
24

Case No.:  8:25-cv-00070-DDP-JDE

**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: June 26, 2025

_____
Dolly M. Gee
Chief United States District Judge